UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONOVAN JOHNSON,

    Plaintiff,

v.

                                    Case No. 24-cv-12164
                                    Hon. Matthew F. Leitman

CAPITAL ONE, *et al.*,

    Defendants.

_____/

## **JUDGMENT**

In accordance with the order entered on this day,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint is **DISMISSED**.

                                              KINIKIA ESSIX
                                             CLERK OF COURT

                                  By:   s/Holly A. Ryan
                                                Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  April 28, 2025
Detroit, Michigan

1